DANIEL P. SCHOLZ, SBN 264786
EMAIL: dscholz@ftblaw.com
LINDSEY C. HERZIK, SBN 313859
EMAIL: lherzik@ftblaw.com

**FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
4747 EXECUTIVE DRIVE – SUITE 700
SAN DIEGO, CALIFORNIA 92121-3107
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101

Attorneys for Plaintiff RQ Construction, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of RQ CONSTRUCTION, LLC, a Delaware limited liability company,<br><br>  Plaintiff,<br><br>v.<br><br>GILBANE FEDERAL, a California corporation; and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation.<br><br>  Defendants. | CASE NO: 3:22-CV-01580-CRB<br><br>JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION : ORDER<br><br>Assigned to:<br>Hon. Charles R. Breyer, Ctrm. 6<br><br>Complaint Filed:  March 14, 2022<br>Trial Date:      Not Set |

Pursuant to the Federal Rules of Civil Procedure, rule 41(a)(1)(A)(ii), Plaintiff RQ Construction, LLC ("RQ") and Defendants Gilbane Federal ("Gilbane") and Travelers Casualty and Surety Company of America ("Travelers") (collectively "Defendants") (individually, a "Party," and collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate that, pursuant to a settlement agreement entered into by the Parties all claims and causes of action asserted by RQ against Travelers in the Complaint filed on March 14, 2022 be dismissed *with prejudice*. The Parties further stipulate and agree that all

/ / / / /

/ / / / /

/ / / / /

/ / / / /

claims and causes of action asserted by RQ against Gilbane in the Complaint filed on March 14, 2022 be dismissed *without prejudice*.  All Parties agree that each Party is to bear its own attorneys' fees and costs arising from the Complaint.

DATE: July 10, 2024					Respectfully submitted,

							FINCH, THORNTON & BAIRD, LLP


							By: */s/ Daniel P. Scholz*
							       DANIEL P. SCHOLZ
							       LINDSEY C. HERZIK
							Attorneys for Plaintiff RQ Construction, LLC

DATE: July 10, 2024					Respectfully submitted,

							ROGERS JOSEPH O'DONNELL


							By: */s/ Joseph C. McGowan, Jr.*
							       JOSEPH C. MCGOWAN, JR.
							Attorneys for Defendants Gilbane Federal and Travelers Casualty and Surety Company of America

FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

2

JOINT STIPULATION FOR
DISMISSAL OF ENTIRE ACTION

3:22-cv-01580-CRB

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that this document has been filed electronically on this 10th day of July 2024 and is available for viewing and downloading to the ECF registered counsel of record:

<u>Via Electronic Service/ECF:</u>

| | |
|---|---|
| Joseph C. McGowan, Jr., Esq.<br>Rogers Joseph O'Donnell<br>311 California Street<br>San Francisco, California 94104<br>Telephone:   (415) 956-2828<br>Facsimile:   (415) 956-6457<br>Email:   jmcgowan@rjo.com | ATTORNEYS FOR DEFENDANTS GILBANE FEDERAL AND TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA |
| Lisa N. Himes, Esq.<br>Rogers Joseph O'Donnell<br>1500 K Street, NW, Suite 800<br>Washington, D.C. 20005<br>Telephone:   (202) 777-8950<br>Facsimile:   (202) 347-8429<br>Email:   lhimes@rjo.com | ATTORNEYS FOR DEFENDANTS GILBANE FEDERAL |

DATE:  July 10, 2024

Respectfully submitted,

FINCH, THORNTON & BAIRD, LLP

By: <u>/s/ Daniel P. Scholz</u>
    DANIEL P. SCHOLZ
    LINDSEY C. HERZIK
Attorneys for Plaintiff RQ Construction, LLC

1631.043/3RE2152.rer

FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

3

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION

3:22-cv-01580-CRB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of RQ CONSTRUCTION, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GILBANE FEDERAL, a California corporation; and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation.<br><br>Defendants. | CASE NO: 3:22-CV-01580-CRB<br><br>ORDER ON JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION<br><br>Assigned to:<br>Hon. Charles R. Breyer, Ctrm. 6<br><br>Complaint Filed: March 14, 2022<br>Trial Date: Not Set |

Pursuant to the joint stipulation for dismissal of entire action submitted by the Parties and for good cause shown:

IT IS HEREBY ORDERED that all claims asserted by RQ against Travelers in the Complaint filed on March 14, 2022 be dismissed *with prejudice* and all claims asserted by RQ against Gilbane in the Complaint filed on March 14, 2022 be dismissed *without prejudice*, with each Party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATE: July 16, 2024

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

1631.043/3RE2155.rer